
FILED
DEC 0 3 2020 PG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 20 CR 854 |
| | ) | Violation: Title 18, United States Code, Section 922(g)(1) |
| v. | ) | |
| KENNETH JONES | ) | JUDGE ROWLAND |
| | ) | MAGISTRATE JUDGE FINNEGAN |

The SPECIAL JANUARY 2020 GRAND JURY charges:

On or about September 1, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

KENNETH JONES,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, ammunition, namely, sixteen rounds of 5.56 x 45mm NATO 55 grain Full Metal Jacket with the head stamp "L C 19," which ammunition had traveled in interstate commerce prior to the defendant's possession of the ammunition;

In violation of Title 18, United States Code, Section 922(g)(1).

# FORFEITURE ALLEGATION

The SPECIAL JANUARY 2020 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, sixteen rounds of 5.56 x 45mm NATO 55 grain Full Metal Jacket with the head stamp "L C 19."

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Timothy J. Storino on behalf of the
UNITED STATES ATTORNEY